# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ROBERT W. REED, | : No. 142 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| COLUMBIA GAS OF PENNSYLVANIA, | : |
| INC., COLUMBIA NATURAL | : |
| RESOURCES, INC., COLUMBIA GAS | : |
| TRANSMISSION CORPORATION, AND | : |
| PENNSYLVANIA LAND HOLDINGS | : |
| COMPANY LLC., F/K/A PENNSYLVANIA | : |
| LAND HOLDINGS CORPORATION, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.